In the Supreme Court of Georgia

Decided: September 22, 2014

S14A1084. HARRIS, EXECUTRIX v. O'ZELL

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

All the Justices concur.